UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALEJANDRINO JIATZ CUN,**<br><br>Petitioner,<br><br>v.<br><br>**ERIC ROKOSKY,** *et al.*,<br><br>Respondents. | Case No. 26–cv–01248–ESK<br><br><br>ORDER |

This Court having granted Petitioner Alejandrino Jiatz Cun's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) on February 12, 2026 (ECF No. 2), and respondents having submitted a letter indicating that petitioner received a bond hearing on February 13, 2026 and was denied bond (ECF No. 5); and for good cause appearing,

IT IS on this  18th day of **February 2026**  ORDERED that:

1.   The Clerk shall close this matter.  The restrictions imposed on petitioner's location during this matter are lifted.

 */s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**